# United States Court of Appeals for the Federal Circuit

July 31, 2017

**ERRATA**

Appeal Nos. 2016-1284, 2016-1787

**HELSINN HEALTHCARE S.A.,**
*Plaintiff-Appellee*

**v.**

**TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD.,**
*Defendants-Appellants*

Decided: May 1, 2017
Precedential Opinion

Please make the following change:

On page 27, change "under § 102(b)" to "under § 102."